FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 12, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ZACHARY ROBERT CORDOVA, <br><br> Petitioner, <br><br> v. <br><br> JAMES KEY, <br><br> Respondent. | NO: 4:18-CV-05010-SMJ <br><br> ORDER DISMISSING FIRST AMENDED PETITION |

BEFORE THE COURT is Petitioner Zachary Robert Cordova's First Amended Petition, ECF No. 8. Cordova, a prisoner currently housed at the Airway Heights Corrections Center, is proceeding *pro se* and *in forma pauperis*. Cordova challenges the Department of Corrections' determination that he is not eligible for certain prison-based programs due to the federal detainer imposed by this Court in connection with a supervised release violation.

ORDER DISMISSING FIRST AMENDED PETITION -- 1

## BACKGROUND

Cordova was indicted for conspiracy and aiding and abetting and aggravated identity theft on December 11, 2012. Cordova pleaded guilty to one count of conspiracy to commit bank fraud and one count of aggravated identity theft and was sentenced by this Court to 36 months' imprisonment and three years' supervised release. Cordova's supervised release commenced on December 19, 2015.

On May 10, 2017, Cordova pleaded guilty in Benton County Superior Court to delivery of hydrocodone in Cause No. 16-1-01393-1. He was sentenced to the Drug Offender Sentencing Alternative program, with 45 months to serve in confinement and 45 months on community supervision.

This Court held a supervised release violation hearing on June 9, 2017. Cordova admitted to all violations alleged, and the Court sentenced Cordova to 24 months' imprisonment, to be served concurrently with Benton County Superior Court Cause No. 16-1-01393-1.

The Court received a letter from Cordova on January 16, 2018. The letter explained that, due to the term of imprisonment imposed for the supervised release violation, Cordova was not considered a minimum security prisoner. Cordova did not challenge the legitimacy of the sentence, but objected to the fact that he is ineligible for certain programs due to his classification. Cordova stated, "I ask you

to please remove this detainer and in doing so help me become the better man that I know I can be with the help from these programs in which I would not otherwise not [sic] be able to attend." The Court construed the letter as a petition for habeas corpus under 28 U.S.C. § 2241.

Cordova filed an amended petition and an application to proceed *in forma pauperis*. The Court granted Cordova's application to proceed *in forma pauperis* and directed the Clerk's Office to file the petition.

**STATED GROUNDS FOR RELIEF**

As his first ground for federal habeas relief, Cordova asserts that he is unable to attend work release due to D.O.C. Police 300.380 due to his felony detainer.

As his second and third grounds for habeas relief, Cordova asserts that he is unable to participate in drug treatment programs and college coursework because those programs are offered at a different corrections center available only to minimum security offenders.

As his fourth ground for relief, Cordova states, "My detainer is up in March of 2019[,] but my release date in state is not until June 20, 2019."

**DISCUSSION**

Cordova fails to state a claim for which habeas relief is available. Cordova does not challenge the accuracy of D.O.C.'s calculation of his prison time or

ORDER DISMISSING FIRST AMENDED PETITION -- 3

offender classification. Nor does he contend that D.O.C. Policy 300.380 negatively impacts the length of his confinement. Cordova contends only that the federal detainer lodged with the Washington prison authorities prevents him from participating in activities for which he would otherwise be eligible. This is not a basis for habeas relief. *See Hernandez v. Johnston*, 833 F.2d 1316, 1318–19 (9th Cir. 1987) (noting that prisoners have no constitutional right to a specific security classification or to particular prison programs).

Accordingly**, IT IS HEREBY ORDERED:**

1. Petitioner's First Amended Petition, ECF No. 9 is **DISMISSED with prejudice.**

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order, enter judgment, provide copies to Petitioner, and **CLOSE** the file.

**DATED** this 12th day of April 2018.

*[signature]*

SALVADOR MENDOZA, JR.
United States District Judge

~ORDER DISMISSING FIRST AMENDED PETITION --

4